| | |
|---|---|
| **From:** | Anne Armstrong |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | E-Signed documents |
| **Date:** | Saturday, December 5, 2020 10:22:27 AM |
| **Attachments:** | greenSIGNED MOTION.pdf |
| | greenSIGNED COMPLAINT.pdf |
| | greenSIGNED AFFIDAVIT.pdf |

**CAUTION - EXTERNAL:**

Here are the documents SIGNED electronically (/s Anne Armstrong /s) and dated and I am Mailing by US Postal Service a check for $402.00 to cover the filing costs.

Cover sheet, summons, etc to follow in separate email. Thank you for all you do and God Bless America.

Rev. Dr. Anne Armstrong
401 304 6543
--
I have a vision for our state where common sense, compassion, and cooperation can re-create Rhode Island into a place where everyone can live in abundance.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.