## ATTACHMENT 2

Email indicating that the police defer to the Rhode Island Division of Capital Asset Management and Maintenance ("DCAMM")

To Rev. Anne Armstrong, of The Healing Church IN RI
From Capitol Police,


**From:** Habershaw, Joseph (RICP) <Joseph.Habershaw@ricp.dps.ri.gov>
**Sent:** Thursday, December 3, 2020 8:37 AM
**To:** Anne Armstrong <annearmstrongri@gmail.com>
**Cc:** White, Deborah (DOA) <Deborah.White@doa.ri.gov>; Little, Joseph (RICP) <Joseph.Little@ricp.dps.ri.gov>; Sousa Jr., Donald (RICP) <Donald.Sousa@ricp.dps.ri.gov>
**Subject:** RE: [EXTERNAL] : Fwd: Possible alternative energy source?

I have forwarded your request to DCAMM.

I, **Rev. ANNE ARMSTRONG**, certify under penalty of perjury that the foregoing is true and correct.

/Anne Armstrong/                                             December 4, 2020, The Feast of St. Barbara
_____          _____
            (signature)                                                         (date)   *St. Barbara, Pray for Us!*

**Acknowledgment**

**State of Rhode Island County of** _____
**On this** _____ **day of**_____**, 2020, before me, the undersigned notary public, personally appeared** _____
                                         (name of document signer)
**and proved to me, through satisfactory evidence of identification, to be the person whose name is signed on the attached document, and who acknowledged that they signed the document voluntarily for its stated purpose.**

 _____
Notary Public
Notary Public Notary ID #
My commission expires

**Loose Certificate Acknowledgment This notarial certificate is attached to a**
_____
(title of document),
**dated** _____**, of** _____ **pages**