# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ANNE ARMSTRONG,**<br>    *Plaintiff*<br><br>v.<br><br>**GINA RAIMONDO,** in her individual capacity and official capacity as Governor; and,<br>**DEBORAH WHITE,** in her individual capacity and official capacity**,**<br>    *Defendants* | C.A. No. 1:20-cv-00509-JJM-PAS |

## ENTRY OF APPEARANCE

I, Justin J. Sullivan, Special Assistant Attorney General, hereby enter my appearance as counsel in the above-captioned matter on behalf of Defendants GINA RAIMONDO, in her individual capacity and official capacity as Governor; and, DEBORAH WHITE, in her individual capacity and official capacity.

    Respectfully submitted,

    GINA RAIMONDO, in her individual
    capacity and official capacity as Governor;
    and, DEBORAH WHITE, in her individual
    capacity and official capacity,
    By:

    PETER F. NERONHA
    ATTORNEY GENERAL

    */s/Justin Sullivan*
    Justin J. Sullivan (#9770)
    Special Assistant Attorney General
    OFFICE OF THE ATTORNEY GENERAL
    150 S. Main St. Providence, RI 02903
    Tel: (401) 274-4400 | Ext. 2007
    Fax: (401) 222-2995
    jjsullivan@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorneys of record on Wednesday, December 09, 2020.

/s/ Colleen Cole

I, hereby further certify, that I mailed a true and accurate copy of the foregoing document by first class mail, postage prepaid on Wednesday, December 09, 2020 to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI 02817

/s/ Colleen Cole

I, hereby further certify, that I emailed a courtesy copy of the foregoing document on Wednesday, December 09, 2020 to:

annearmstrongri@gmail.com

/s/Justin Sullivan